In the Matter of THE PEPOLE, by their Attorney-General, *v.* THE SECURITY LIFE INSURANCE AND ANNUITY COMPANY.

(Argued June 14, 1881 ; decided October 4, 1881.)

REPORTED below (23 Hun, 596).

*William Barnes* and *Raphael J. Moses, Jr.,* for appellants.

*Hamilton Cole* for respondent.

Agree to dismiss appeal.

No opinion.

All concur.

Appeal dismissed.